UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROXANNE K. SEGHERS | CIVIL ACTION |
| VERSUS | NO. 20-1502 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION "J" (1) |

## ORDER

Considering the record, the applicable law, the Parties' Cross-Motions for Summary Judgment (Rec. Docs. 14, 15), the Magistrate Judge's Report and Recommendation (Rec. Doc. 16), and the *Objection to the Magistrate Judge's Report and Recommendations* (Rec. Doc. 17) filed by Plaintiff, Roxanne K. Seghers,

**IT IS HEREBY ORDERED** that Plaintiff's objection (Rec. Doc. 17) is **OVERRULED**, the Magistrate Judge's Report and Recommendations (Rec. Doc. 16) are **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Summary Judgment* **(Rec. Doc. 14)** is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's *Motion for Summary Judgment* **(Rec. Doc. 15)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**.

New Orleans, Louisiana, this 14th day of July, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE